ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                              )
                                                         )
Worley Service, Inc.                                     )    ASBCA No.      61993
                                                         )
Under Contract No.      W9126G-17-C-0045      )

APPEARANCES FOR THE APPELLANT:          Johnathan M. Bailey, Esq.
                                         Hector M. Benavides, Esq.
                                          Bailey & Bailey, P.C.
                                          San Antonio, TX

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
                                         Engineer Chief Trial Attorney
                                        Thomas W. FitzGerald, Esq.
                                         Engineer Trial Attorney
                                         U.S. Army Engineer District, Galveston

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  September 16, 2020

DAVID B. STINSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the
Armed Services Board of Contract Appeals in ASBCA No. 61993, Appeal of Worley
Service, Inc., rendered in conformance with the Board's Charter.

Dated:  September 16, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals